**Fill in this information to identify the case:**

Debtor 1     Frank S. Szczepanski

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Middle</u> District of <u>PA</u>

Case number    <u>18-00829 HWV</u>

# Form 4100R

# Response to Notice of Final Cure Payment     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:**    PENNYMAC LOAN SERVICES, LLC     **Court claim no.** (if known):   7-1

**Last 4 digits** of any number you use to identify the debtor's account:    6467
**Property address:**
    7082 Church Road
    Felton, PA 17322

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:    06 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:
   a.   Total postpetition ongoing payments due:     (a)   $ _____

   b.   Total fees, charges, expenses, escrow, and costs outstanding:     + (b)   $ _____

   c.   **Total.** Add lines a and b.     (c)   $ _____

   Creditor asserts that the debtor(s) are contractually obligated for
   the postpetition payment(s) that first became due on:

Form 4100R     Response to Notice of Final Cure Payment     page 1

Case 1:18-bk-00829-HWV    Doc 53    Filed 05/11/23    Entered 05/11/23 16:23:16    Desc
Document ID: 8e6da4f7abc954f8eb87ea6a89bc3d0b19578dad468a7b6d7aaaef44559adf41    Main Document    Page 1 of 3

| Debtor(s) | Frank S. Szczepanski | | | Case Number *(if known)*: 18-00829 HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*       Date    05/09/2023

Michael Farrington
09 May 2023, 16:13:34, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Case 1:18-bk-00829-HWV    Doc 53    Filed 05/11/23    Entered 05/11/23 16:23:16    Desc
Document ID: 8e6da4f7abc954f8eb87ea6a89bc3d0b19578dad468a7b6d7aaaaf44559adf41
Main Document    Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frank S. Szczepanski Jr.<br>　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　Movant<br>　　vs.<br><br>Frank S. Szczepanski Jr.<br>　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　Trustee | BK NO. 18-00829 HWV<br><br>Chapter 13<br><br>Related to Claim No. 7-1 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 11, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Frank S. Szczepanski Jr.
7082 Church Road
Felton, PA 17322

Attorney for Debtor(s) (via ECF)
Michael R. Caum, Esq.
PO Box 272
Shrewsbury, PA 17361

Trustee (via ECF)
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: May 11, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Michael P. Farrington*
　　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com