Certificate Number: 17082-PAM-DE-037502799

Bankruptcy Case Number: 18-00829


17082-PAM-DE-037502799

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on June 12, 2023, at 6:05 o'clock AM MST, FRANK S SZCZEPANSKI Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 12, 2023    By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director