In re:  
Frank S Szczepanski, Jr.  
    Debtor

Case No. 18-00829-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jun 12, 2023      Form ID: 3180W      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank S Szczepanski, Jr., 7082 Church Road, Felton, PA 17322-8371 |
| 5029262 | + | First Capital FCU, 1601 Kenneth Road, PO Box 7746, York, PA 17404-0746 |
| 5029264 | | MasterCard, PO Box 14574, Des Moines, IA 50306-3574 |
| 5029270 | + | Stonebridge Dental, 781 Far Hills Drive, Suite 500, New Freedom, PA 17349-8448 |
| 5029272 | + | Van Ru Credit Corporation, 4839 N Elston Avenue, Chicago, IL 60630-2534 |
| 5029273 | | York County Tax Claim Bureau, Administrative Center, 28 East Market Street, Room 110, York, PA 17401-1577 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5055098 | + | EDI: WFNNB.COM | Jun 12 2023 22:49:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5029258 | | Email/Text: cms-bk@cms-collect.com | Jun 12 2023 18:49:00 | Capital Management Services LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5029259 | | EDI: DISCOVER.COM | Jun 12 2023 22:49:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 5031624 | | EDI: DISCOVER.COM | Jun 12 2023 22:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5029261 | | Email/Text: eis.usbnc@eismgmt.com | Jun 12 2023 18:48:00 | Estate Information Services LLC, EIS Collections, PO Box 1398, Reynoldsburg, OH 43068-6398 |
| 5029260 | + | EDI: USBANKARS.COM | Jun 12 2023 22:49:00 | Elanco Financial Services, CB Disputes, PO Box 108, Saint Louis, MO 63166-0108 |
| 5029263 | | Email/Text: Bankruptcy@FMAAlliance.com | Jun 12 2023 18:48:00 | FMA Alliance, Ltd., 12339 Cutten Road, Houston, TX 77066 |
| 5029265 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2023 18:49:00 | Midland Funding LLC, c/o Daniel J. Santucci, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 5036438 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 12 2023 18:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5029611 | + | EDI: RECOVERYCORP.COM | Jun 12 2023 22:49:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5029266 | + | EDI: RMSC.COM | Jun 12 2023 22:49:00 | PayPal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 5029267 | | EDI: PENNDEPTREV | Jun 12 2023 22:49:00 | Pennsylvania Departement of Revenue, PO Box 280946, Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5029267 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2023 18:49:00 | Pennsylvania Departement of Revenue, PO Box 280946, Bankruptcy Division, Harrisburg, PA 17128-0946 |

| 5030926 | + EDI: PENNDEPTREV | Jun 12 2023 22:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| --- | --- | --- | --- |
| 5030926 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 12 2023 18:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5029268 | Email/PDF: ebnotices@pnmac.com | Jun 12 2023 18:56:43 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5058544 | Email/PDF: ebnotices@pnmac.com | Jun 12 2023 18:56:44 | PennyMac Loan Services, LLC, P.O. Box 2010, Moorpark, CA 93020 |
| 5029271 | EDI: RMSC.COM | Jun 12 2023 22:49:00 | SYNCB/Cared Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 5162187 | + Email/Text: bncmail@w-legal.com | Jun 12 2023 18:49:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5162186 | + Email/Text: bncmail@w-legal.com | Jun 12 2023 18:49:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 5029269 | Email/Text: DeftBkr@santander.us | Jun 12 2023 18:49:00 | Santander Bank NA, 1130 Berkshire Blvd., Reading, PA 19610-1242 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2023         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | |

| | |
|---|---|
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pamb@fedphe.com |
| Mario John Hanyon | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| Michael R Caum | on behalf of Debtor 1 Frank S Szczepanski Jr. mikecaumesq@comcast.net |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Frank S Szczepanski Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0169<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–00829–HWV | |

# Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Frank S Szczepanski Jr.

6/12/23

**By the court:**

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**